# EXHIBIT "B"

06/18/2009 THU 8:47  FAX 5614276182 Gel Tech Solutions                                    ☒002/007

Jun 17 09 12:37p       HARRIS ZIMMERMAN              5104652041                            p.1

## ZIMMERMAN & CRONEN, LLP
### ATTORNEYS AT LAW

HARRIS ZIMMERMAN
MICHAEL JAMES CRONEN

1330 BROADWAY, SUITE 710
OAKLAND, CALIFORNIA 94612-2606
(510) 465-0828 FAX (510) 465-2041
zimpat@zimpatent.com

PATENTS
TRADEMARKS
COPYRIGHT

June 17, 2009

GelTech Solutions, Inc.
Legal Department
1460 Park Lane South
Suite 1
Jupiter, Florida 33458

Via Certified Mail
Return Receipt Requested
and by fax: 561.427.6182

Re:   ROOT-GEL, United States Trademark
      Registration No. 2,253,857

Dear Sirs:

    This office represents Ms. Susan P. Martin and Mr. David E. Neal in trademark, unfair competition and related intellectual property matters. For many years my client has marketed plant growth products in gel form for use on cuttings to develop roots under its proprietary name and trademark ROOT-GEL®. My clients' ROOT-GEL® trademark is also the subject of United States Trademark Registration No. 2,253,857. My clients' trademark registration issued on June 15, 1999, and is presently incontestible under 15 U.S.C. §1065. My clients' trademark registration was also recently renewed under 15 U.S.C. §1059, and is presently effective until 2019. I am enclosing a copy of a page from the U.S. Trademark Office website (TESS) showing my clients' registered ROOT-GEL® trademark. See also, <www.dyna-gro.com>.

    It has recently come to our attention that you are using the identical designation, i.e. RootGel, to market and sell plant growth products in gel form to enhance root development which directly compete with my clients' products in the marketplace. Our investigation revealed that you are using this designation as the domain name for your company website, i.e. <www.rootgel.com>, and a Google search also falsely indicated that your company is a source for my clients' ROOT-GEL® plant products.

    Your use of this identical and confusingly similar designation is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of GelTech Solutions, Inc. with my client, and as to the origin, sponsorship, or approval of its goods by my client. 15 U.S.C. §1125(a)(1)(A).

GelTech Solutions, Inc
June 17, 2009
Page Two

    Demand is therefore made that you immediately cease and desist from any further use of your infringing RootGel designation, including any colorable imitations thereof. While it may have been that you were previously unaware of my client's rights, any further activity involving your use of my client's ROOT-GEL® trademark after your receipt of this letter will be deemed willful. As your attorney can advise you, the remedies for willful trademark infringement and false designations of origin include injunctive relief, damages, lost profits, treble damages, punitive damages, costs, interest, and attorneys fees, as well as the impound and destruction of infringing articles.

    While my client is desirous of resolving this matter without resort to litigation, please be advised that my client is protective of its intellectual property rights. Therefore, if we do not hear from you regarding your compliance with the above within ten (10) days from the date of this letter, we will take all appropriate action to secure my client's rights in the matter.

Sincerely,

Michael James Cronen

MJC/mc

cc:   Ms. Susan P. Martin
       Mr. David E. Neal

06/18/2009 THU 8:48  FAX 5614276182 Gel Tech Solutions                                             ☒004/007

Jun 17 09 12:37p     HARRIS ZIMMERMAN              5104652041                           p.3

Trademark Electronic Search System (TESS)                                    Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

### Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Jun 17 04:02:25 EDT 2009*



Record 2 out of 2

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | ROOT-GEL |
| Goods and Services | IC 001. US 001 005 006 010 026 046. G & S: artificial growth medium in gel form for use on plant cuttings to develop roots. FIRST USE: 19980401. FIRST USE IN COMMERCE: 19980401 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 74538474 |
| Filing Date | June 16, 1994 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | December 12, 1995 |
| Registration Number | 2253857 |
| Registration Date | June 15, 1999 |
| Owner | (REGISTRANT) MARTIN, SUSAN P. INDIVIDUAL UNITED STATES 531 MARIN AVENUE MILL VALLEY CALIFORNIA 94941 |
| | (REGISTRANT) NEAL, DAVID E. INDIVIDUAL UNITED STATES 531 MARIN AVENUE MILL VALLEY CALIFORNIA 94941 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Harris Zimmerman |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090313. |
| Renewal | 1ST RENEWAL 20090313 |
| Live/Dead Indicator | LIVE |



http://tess2.uspto.gov/bin/showfield?f=doc&state=4006:gv952s.2.2                       6/17/2009

06/18/2009 THU 8:49 FAX 5614276182 Gel Tech Solutions ☒005/007

Jun 17 09 12:38p        HARRIS ZIMMERMAN              5104652041                    p.4

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tess2.uspto.gov/bin/showfield?f=doc&state=4006:gv952s.2.2                6/17/2009